IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN,** by and through **TAMMY BEAUDREAULT,** in her capacity as Fund Administrator<br><br>Plaintiffs,<br><br>v.<br><br>**ADAMSDALE CONCRETE, INC.**<br><br>Defendants. | Civil Action: 1:19-CV-00042 |

## **VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs voluntarily dismiss the above-captioned matter without prejudice.

                                                              Respectfully submitted,
                                                              On behalf of Plaintiffs,
                                                              By his attorneys,


                                                              /s/ Marc Gursky
                                                              Marc Gursky, Esq. (#2818)
                                                              Gursky|Wiens Attorneys at law Ltd.
                                                              1130 Ten Rod Road, Suite C-207
                                                              North Kingstown, RI 02852
                                                              Tel: (401) 294-4700
                                                              Fax: (401) 294-4702
                                                              mgursky@rilaborlaw.com

CERTIFICATION

      I hereby certify that I electronically filed the within document on April 18, 2019.  The document is available for viewing and downloading from the Court's Electronic Case Filing system.

Matthew T. Oliverio, Esquire
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI  02903
mto@om-rilaw.com

                                          /s/Victoria Higgins